## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VIRGINIA R. DIMITRI, ET AL.,** | : | |
| | : | Case No.   19-cv-01329-JMY |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.,** | : | |
| | : | |
| *Defendants* | : | |

## <u>ORDER</u>

**AND NOW**, this 15th day of October, 2019, upon consideration of Defendants' Motion to Dismiss (Dkt. 2), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motion is **GRANTED**. The Court **DISMISSES WITH PREJUDICE** Defendant City of Philadelphia Police Department from this action.  The Court **DISMISSES WITH PREJUDICE** Plaintiffs' second and fourth claims for relief.  The Court **DISMISSES WITHOUT PREJUDICE** Plaintiffs' first and third claims for relief.

Plaintiff may file a first amended complaint consistent with this Order, if desired, on or before **October 29, 2019**.

**IT IS SO ORDERED.**

**BY THE COURT:**

/s/ Judge John Milton Younge

_____

Judge John Milton Younge